# Notice of Removal
# Exhibit A

EFiled:  Jan 08 2021 10:30AM EST
Transaction ID 66237282
Case No. N21C-01-030 DCS

## IN THE SUPERIOR COURT OF THE STATE DELAWARE

|  |  |  |
|---|---|---|
| <u>KEYONA MCCREARY</u> | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| V. | ) | C.A No. N21 C- 01- 030 DCS |
| | ) | |
| <u>HENRIETTA JOHNSON</u> | ) | |
| <u>MEDICAL CENTER</u> | ) | |
| Defendant, | ) | |

## **COMPLAINT**

COMES NOW Keyona McCreary brings this lawsuit against the Defendant Henrietta Johnson Medical Center in support of these allegations plaintiff States:

1. The Plaintiff,Keyona McCreary is a resident of the State of Delaware, whose address is 1408 Clifford Brown Walk, Wilmington, De 19801.

2. The Defendant, Henrietta Johnson Medical Center is a federally qualified health care center located at 600 N Lombard St, Wilmington De 19801.

### **COUNT I : NEGLIGENCE- MEDICAL MALPRACTICE**

3. On Wednesday January 9th 2019 Keyona McCreary was scheduled for a tooth extraction at the Henrietta Johnson Medical center located at 600 N. Lombard st Wilmington, De 19801 @ 2:30 pm with Dr. Mia Holmes.

4. Keyona McCreary arrived at her scheduled appointment, signed the necessary paperwork and was given local anesthesia.

5. Dr. Mia Holmes did a quick physical examination of my mouth, pulled up the X- rays from my previous appointment and started the procedure. Almost an hour into the procedure Dr. Holmes stated " whew this is a difficult one I should have referred you to an oral surgeon" in a joking manner she continued to pull on the tooth a few moments later I heard a crack and Dr. Holmes said don't worry that's your tooth it just cracked and asked her assistant for forceps she began to dig and pull pieces of the tooth out.

6. Dr. Holmes continued to dig for the remaining pieces of the tooth and stated "yeah that's pretty in there  I'm going to  take an x-ray to see where I'm at". The X-rays showed the root tip had broken off in mid procedure She resumed with the procedure for a little while and a piece of the root tip came out and Dr. Holmes said oh look how long it was curved she took another tool suctioned the blood, examined the area for a minute and put some ointment on with a gauze. Dr. Holmes said that I did a number on you. Thank you for being calm, a lot of people are not like you and her assistant agreed. Dr. Holmes said you're going to be in a lot of pain I'm going to prescribe you Percocet ,chlorhexidine oral rinse ,and Magic Mouthwash and told me she needed to see me tomorrow morning I went to the front desk scheduled a follow-up appointment for the next day which was Thursday January 10th at 10:45 a.m.


7. Shortly after Keyona MCreary left the Henrietta Johnson Center on January 9th 2019 around 4:45 p.m. I was experiencing sharp stabbing pain radiating from my right jaw into my right ear down the right side of my neck and it was hard to swallow. I filled my prescriptions. The pain was unbearable the next morning on January 10th around 5:30 a.m. I felt worse as if I got stabbed in my right ear that's when my boyfriend called the ambulance and I was taken to the ER at the Wilmington Hospital and was referred upstairs to the Oral and Maxillofacial surgery on the second floor for Incomplete removal and was given an antibiotic.

8. On January 9th 2019 Defendant Dr. Mia Holmes an employee of the Henrietta Johnson Medical Center breached the applicable standard of medical care owed to the plaintiff, which directly caused a physical injury to the Plaintiff and was the direct and proximate cause of all of the Plaintiff's injuries.

9. Dr. Holmes' actions resulted in Keyona McCreary undergoing multiple corrective dental surgeries.

10. That as a direct and proximate result of the breach of the applicable standard of medical care by the defendant, the Plaintiff has suffered harm. These harms include: 1) Months of suffering(physical pain)/seeking corrective surgery 2)Months of antibiotic usage 3)Excruciating migraines, 4)Recurring sinus trouble/open sinus cavity5) A loss of feeling/numbness on right cheek with sharp shooting pain behind right eye going into right ear,
 6) Suffering mental and emotional anguish/ the fear of triggering a Trigeminal neuralgia attack.7) Permanent Trigeminal Neuralgia and sinus trouble

11. The harm and losses endured by the plaintiff were the direct proximate result of the medical errors committed by Defendant Dr. Holmes, employee of Henrietta Johnson Medical Center.

12. That Defendant Henrietta Johnson Medical Center are responsible for the breach of applicable Medical Care occasioned by their employees, the defendant herein which resulted in a physical injury to the Plaintiff.

**WHEREFORE,** Plaintiff Keyona McCreary, demands judgement against Defendant Henrietta Johnson Medical Center for compensatory damages in the amount of $350,000.00 plus costs, and with other relief the Court may deem appropriate.

Keyona McCreary
1408 Clifford Brown Walk
Wilmington, De 19801
302/513/5914

Date:   January 7, 2021

EFiled: Mar 18 2021 10:50AM EDT
Transaction ID 66433436
Case No. N21C-01-030 DCS

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

|  |  |  |
|---|---|---|
| KEYONA MCCREARY | ) | C.A NO. D21C-01-030 DCS |
|    Plaintiff, | ) |  |
|    V. | ) | *Amended* |
|  | ) | **SUMMONS** |
| HENRIETTA JOHNSON | ) |  |
| MEDICAL CENTER | ) |  |
|    Defendant, | ) |  |

**THE STATE OF DELAWARE,**
**TO THE SHERIFF OF NEW CASTLE COUNTY:**
**YOU ARE COMMANDED:**

      To summon the above named  defendant so that, within 20 days after service hereof upon defendant , exclusive of the day of service, defendant shall serve Upon  Keyona McCreary   ,  plaintiff's attorney ,  whose address is 1408 Clifford Brown Walk Wilmington, De 19801, an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit , an affidavit of defense).

DATED: 3-23-21

_____
**Prothonotary**

_____
**Per Deputy**

**TO THE ABOVE NAMED DEFENDANT:**

      In the case of your failure, within 20 days after service hereof upon you , Exclusive of the day of service , to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the rendered against you for the relief demanded in the complaint.

_____
**Prothonotary**

_____
**Per Deputy**

**SUPERIOR COURT**
**CIVIL CASE INFORMATION STATEMENT (CIS)**

EFiled: Jan 25 2021 10:50AM EST
Transaction ID 66433436
Case No. N21C-01-030 DCS

COUNTY: (N)   K   S          CIVIL ACTION NUMBER: N21C-01-030

| Caption: | Civil Case Code: CMAL |
|---|---|
| Keyona McCreary Plaintiff, | Civil Case Type: MalPractice (SEE REVERSE SIDE FOR CODE AND TYPE) |
| v. | MANDATORY NON-BINDING ARBITRATION (MNA) _____ |
| Henretta Johnson Medical Center Defendant, | Name and Status of Party filing document: Keyona McCreary (prose) |
| | Document Type:(E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM) Complaint |
| | JURY DEMAND:  YES  X   No _____ |

| ATTORNEY NAME(S): Keyona McCreary | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT OR ANY RELATED CASES THAT HAVE BEEN CLOSED IN THIS COURT WITHIN THE LAST TWO YEARS BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS: |
| ATTORNEY ID(S): | |
| | |
| FIRM NAME: | |
| | EXPLAIN THE RELATIONSHIP(S): |
| ADDRESS: 1408 Clifford Brown Walk Wilmington, DE  19801 | |
| TELEPHONE NUMBER: 302 - 513 - 5914 | |
| FAX NUMBER: | OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT: |
| E-MAIL ADDRESS: | |
| | (IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

**THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.**

Revised 01/2019

EFiled: Mar 18 2021 10:50AM
Transaction ID 66433436
Case No. N21C-01-030 DCS

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

KEYONA MCCREARY

    Plaintiff,

    V.

C.A No. N21C-01-030 DCS

HENRIETTA JOHNSON
MEDICAL CENTER

    Defendant,

Amended
**COMPLAINT**

COMES NOW Keyona McCreary brings the lawsuit against the Defendant Henrietta Johnson Medical Center in support of these allegations plaintiff states below:

1. The Plaintiff, Keyona McCreary is a resident of the State of Delaware, whose address is 1408 Clifford Brown Walk, Wilmington DE 19801.

2. The Defendant, Henrietta Johnson Medical Center is a federally qualified health care center located at 600 N. Lombard St, Wilmington DE 19801

### COUNT 1: MISDIAGNOSIS/NEGLIGENCE

3. Please note to begin on **1/2/2019** my first appointment with Dr. Holmes molar #1 was decayed,non restorable and was medically considered a complicated tooth extraction. Pieces of my tooth were Broken off,had a long curved root tip that was present on the X-rays and also based on her physical examination that data was reported in her 1/2/2019 clinical notes. **(Exhibit A, Page 1)**

4. In less than 24 hours following tooth extraction I was transported by ambulance to the nearest emergency room for severe right side facial pain and incomplete removal in the early morning of **1/10/2019 (Exhibit B, Page 15 & 3 discharge papers)**

5. On **1/10/2019** at 10:45am I was scheduled for an post-op appointment with Dr. Holme. After being released from the emergency room I solely went back to the Henrietta Johnson Center to pick up my medical records. I was in an extreme amount of pain and was hesitant of having further work done or being evaluated. Despite signing a HIPAA form prior to treatment, Dr. Holmes Reporting on file that I handled the procedure well and was released in stable condition, I was denied my medical records. Dr. Holmes was reluctant to issuing the records unless she performed a evaluation of healing and was very persistent to evaluate me after her assistant noticed my facial swelling and hospital band**(Exhibit C, Pages 2,3,4 & 9)**

6. Henrietta Johnson's Medical Center website clearly states that their medical facility does not offer elective or complicated tooth extractions/surgery **(Exhibit D)**

7.. Please note If the procedure was a simple and completed tooth extraction following no complications as Dr. Holmes states...no post-op appointment scheduled less than 24 hours to evaluate healing would have been necessary.**(Exhibit E, Page 3)**

8. Dr.Holmes informed me she would have documents showing completion of extraction upon returning for an evaluation of healing I did not return at 3:30 p.m on **1/10/2019**. Giving proof that my treatment and medical records was incomplete on **1/9//2019** and her clinical notes were overridden on several occasions with different sign on times **(Exhibit F, Page 3)**

9. I had to seek legal help from a previous lawyer to retrieve my medical records **1/16/2019 (Exhibit G)**

10. I had a follow-up appointment at Westside Family Health for increased maxillary facial pain and numbness on **1/25/19** and was referred to the appropriate specialists ....ENT doctor **(Exhibit H, Page 29& 33)**

11. I was seen in the hospital for a dental infection and chest discomfort on **2/2/2019** again on **2/3/2019** for a right sided headache. My CT scans showed an abnormality in the maxillary bone of the right face.**(Exhibit I, Pages 20,21,24)**

12. Dr. Shalit **1/17/2019 & 1/23/2019** clinical notes reports that he prescribed me a stronger antibiotic called clindamycin and noted that the patient was still in a lot of pain from extraction.I remained on antibiotics until the month of the final surgery with Dr. Chi on March 8th 2019. **(Exhibit J)**

13. **1/29/2019** I was seen by an ENT doctor regarding facial pain and was scheduled for a CT Scan 2/11/2019. **(Exhibit K, 41&43 )**

14. **2/11/19** Facial CT Scan found root tip still in place with infected tissue within its surrounding. According to 2nd opinion OMFS in PA...**2/191/19** Oral Maxillary Surgery felt that I may need to have the extraction site cleaned out surgically. I started another round of clindamycin and began taking Tegretol **(Exhibit L, Page 36)**

15. **2/22/19** I had follow-up appointment with primary doctor and remained on antibiotics to avoid spread of infection with recurrent acute sinusitis and severe right side headaches with no improvement **(Exhibit M, Page 36 &37)**

16. **3/8/2019** Dr. Chi performed oral surgery and upon her evaluation it noted that there were chronic debris in a unhealed extraction site,remaining root tip and foreign bodies were removed**(Exhibit N,Pages 47&48)**

17. **11/11/2019** I completed a brain MRI and was diagnosed with permanent Trigeminal Neuralgia that was consistent with the right side facial complaints which is current to date and unfortunately affects my quality of life **( Exhibit O, Pages 58 & 59)**

## COUNT 2 MEDICAL MALPRACTICE

18. That as a direct and proximate result of the breach of the applicable standard of Medical care by Defendant the Plaintiff suffered and underwent : prolonged extreme physical pain, prolonged antibiotic usage, ongoing excruciating migraines, recurrent  sinusitis/with exposed sinus cavity, mental and emotional anguish (fear of triggering a Trigeminal Neuralgia attack) and permanent diagnosis of Trigeminal Neuralgia that affects my quality of life to date.

19. Employees of Henrietta Johnson Medical Center are required by law to follow strict protocols and guidelines within their field of study placing Dr. Holmes out of her scope of practice when she performed the complicated tooth extraction on Keyona McCreary. Henrietta Johnson website lists elective and complicated surgery as services that are not offered within the facility.

20. Defendant Dr. Mia Holmes, employee of the Henrietta Johnson Medical Center breached the applicable standard of medical care. The harm and losses endured by the plaintiff were the direct proximate result pertaining to the medical errors committed by the defendant. Misdiagnosis and her actions resulted in physical injury to the plaintiff.

**WHEREFORE,** Plaintiff, Keyona McCreary demands judgment against defendant Henrietta Johnson Medical Center for compensatory damages in the amount of $350,000 plus costs and any other relief the court May deem appropriate.

DATED: March 13th, 2021

Keyona S. McCreary
1408 Clifford Brown Walk
Wilmington,  De 19801

EFiled: Mar 18 2021 10:50AM EDT
Transaction ID 66433436
Case No. N21C-01-030 DCS

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

KEYONA MCCREARY )
    Plaintiff, )
  )
  )
    Vs. ) Civil Action No. N21C-01- 030 DCS
  )
HENRIETTA JOHNSON )
MEDICAL CENTER )
    Defendant, )
  )

**Exhibit A**



---

**Patient Progress Notes**

Patient: Keyona McCreary
Birthdate: 02/22/1989
Provider: Mia Holmes DDS
Phone: (302)655-6187
Office: 601 New Castle Ave
Wilmington, DE 19801

Chart #:

Date: 03/21/2019
SS#:

---

**Progress Notes**

| Date | Tooth | Surf | Proc | Prov | Description | Stat | AP |
|------|-------|------|------|------|-------------|------|-----|

01/02/2019                                          MHOLM   Clinical Note
  Medical Alert:      *No Medical Conditions Reported*
  Medications:        motrin 800mg
  Allergies:          *No Allergies Reported*
  Since Last Visit:   Medical Alert:    Change
                      Medications:      No Change
                      Allergies:        Change
  Pain Scale Type:   Numeric Pain Scale   Pain Level:  0
  Description:

  Pt presents for comprehensive exam with cc "My tooth is cracked and is hurting on a level 8."
  Pt reports tooth "cracked" 1 year ago, pain started 2 months ago.
  RMH.
  Comprehensive exam completed. Oral cancer screening completed. OHI given verbally. FMX taken.

  EOE: WNL
  IOE: WNL
  Radiographic Findings: #1 grossly decayed.

  Clinical exam revealed:

  #1 grossly decayed, hopeless prognosis
  Caries Risk Assessment (CRA): moderate
  Oral hygiene: fair
  Plaque: Moderate
  Calculus:mild, supragingival

  Periodontal Diagnosis: I-Gingival Diseases, dental plaque-induced

  Informed patient of findings. Discussed all treatment options including no treatment.
  advantages/disadvantages of each treatment discussed. . Pt was allowed to ask questions.

  Phase of Treatment (subject to change):
  Phase 1: prophy, OHI, caries control
  Phase 2: ext 1
  Phase 3: TBD
  Phase 4: 6 month r/c

  RX: Motrin 800mg

  Assistant: Vikmarie Torres

  NV: ext 1

  ----- Signed on Wednesday, January 02, 2019 at 2:59:04 PM -----
  ----- Provider: MHOLMES - Mia Holmes, DDS -- Clinic: HJMC -----
                      Continued on Next Page

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

KEYONA MCCREARY          )
    Plaintiff,          )
                )
                ) Civil Action No. N21C-01-030 DCS
    Vs.          )
                )
HENRIETTA JOHNSON          )
MEDICAL CENTER          )
    Defendant,          )
                )

**Exhibit B**



Christiana Care    MRN: 904702513    Visit Number:610032914818    MCCREARY, KEYONA

| Incident #: 00558 | Patient Name: McCreary, Keyona | Unit Notified by 01/10/2019 |
|---|---|---|
| | | Dispatch 09:08:00 Date/Time: |

Patient Care Report Number: bcd9cb6d28104136b999a771e56d1194

Transport Mode Priority 3
from Scene:

EMS Agency St. Francis
Name: Hospital EMS

### Vitals

| Time | BP | Limb | Pulse | Rhythm | Resp | Effort | SpO2 | Qual | CO2 | GCS | Pain | Stroke Scale | PTA | RTS | Pt. Position |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:17:00 | 110/ | Left Arm | 78 | Regular | 16 | Normal | 98 | On Room Air | | 15 | | | | 12 | Sitting |

### GCS

| Time | Eye | Motor | Verbal | Score Qualifier |
|---|---|---|---|---|
| 09:17:00 | 4 OPEN SPONTANEOUSLY | 6 OBEYS COMMANDS; (P<2) Moves Normal with Stimuli | 5 ORIENTED; (P<2) Smiles, orients to sounds, interacts | No EMS interventions affecting GCS |

### Unit Personnel

| Crew Member | Level of Certification | Role |
|---|---|---|
| Horn, Nicholas | Paramedic | Primary Patient Caregiver |
| Salter, Margaret | EMT | Primary Patient Caregiver |

### Call Type/Location/Disposition

Call Type: 26 - Sick Person

Resp. Mode: No Lights and Sirens

Response: 911 Response Scene

Location: Home / Residence
Incident Address: 1019 Elm Street
City of Wilmington, DE 19805

Disposition: BLS Transport (911 calls - if you are a BLS Provider)
Transport Mode: Priority 3
Destination: Wilmington Hospital
501 West 14th Street
Wilmington, DE 19801

Transporting Agency: St. Francis Hospital EMS (1010)

Dest. Determ.: Closest or Primary Resource Facility

Response Delay: None/No Delay
Transport Delay: None/No Delay

### Patient Transport/Positioning

Patient Moved to Ambulance: Assisted/Walk
Patient's Position in Transport: Sitting
Patient Moved From Ambulance: Stretcher

### Response Times and Mileage

Incident Number: 00558          Call Sign: PA5

Veh. #: PA5

Unit Disp.: 01/10/2019 09:08:00
Enroute: 01/10/2019 09:08:00
At Scene: 01/10/2019 09:14:00

Scene Odom: 0          To Dest: 1.4

Unit Notified: 01/10/2019 09:08:00
Incident #: 00558

Patient Name: McCreary, Keyona

Crew Member Completing this Report: Horn, Nicholas

Last Incident 01/10/2019
Update: 09:45:20

Page 3 of 6

801012981          Date Printed: 01-21-2019          Document Type: EDTRANS



Christiana Care

MRN: 904702513    Visit Number:610032914818

MCCREARY, KEYONA

Incident #: 00558                           Patient Name: McCreary, Keyona

Unit Notified by  01/10/2019
Dispatch  09:08:00
Date/Time:

Patient Care Report Number: bcd9cb6d28104136b999a771e56d1194

Transport Mode  Priority 3
from Scene:

EMS Agency  St. Francis
Name:  Hospital EMS

Type of Person Signing: Healthcare Provider

Signature Reason: Transfer of Patient Care

Paragraph Text: I acknowledge that the above patient was transferred to my care.

Status: Not Signed – Equipment Failure

Printed Name:

Signature Date:

Type of Person Signing: EMS Primary Care Provider

Signature Reason: EMS Provider

Paragraph Text: I acknowledge that I have provided the above assessments/treatments for this patient.

Status:

Printed Name:

Signature Date:

Type of Person Signing: Patient

Signature Reason:

Paragraph Text:

Status: Not Signed – Due to Distress Level

Unit Notified: 01/10/2019
09:08:00
Incident #:  00558
Crew Member Completing this Report:  Horn, Nicholas

Patient Name:  McCreary, Keyona

Last Incident  01/10/2019
Update:  09:45:20

Page 5 of 6

ED Assessment

MCCREARY, KEYONA - 904702513

Result type:         ED Assessment
Result date:         January 10, 2019 09:42 EST
Status:              Auth (Verified)
Document Title:      ED Assessment
Performed by:        Scholl RN, Jessica M. on January 10, 2019 09:42 EST
Verified by:         Scholl RN, Jessica M. on January 10, 2019 09:42 EST
Encounter info:      610032914818, WLM, Emergency, 01/10/2019 - 01/10/2019

ED Assessment Entered On: 01/10/2019 09:43 EST
Performed On: 01/10/2019 09:42 EST by Scholl RN, Jessica M.

ED Assessment
*Chief Complaint :* R DENTAL PAIN. DENTAL EXTRACTION YESTERDAY

*History of present illness :* at henrietta johnson, pt reports pain in to ear and face s/p extraction, pt has rx for percocet but did not take, has been taking motrin. Pt reports pain with opening mouth

Scholl RN, Jessica M. - 01/10/2019 09:42 EST

DCP GENERIC CODE
*Tracking Acuity :* 4
*Tracking Group :* WH ED Tracking Group

Scholl RN, Jessica M. - 01/10/2019 09:42 EST

*ED Referral Source :* Self
*EKG Orders :* None

*GCS 15 :* Yes
*ED Pain Tool :* Numeric rating scale
*Pain Score :* 8
*Primary Pain Location :* Mouth
*Medical History ED :* Problem List Reviewed & Up to Date
*Ever Smoked Tobacco :* Never Smoker
*Alcohol use - frequency :* None
*Drug use :* Never
*Fall Risk :* Green (Standard Risk)
*Domestic Violence :* No
*Implantable/Artificial Objects :* None
*Patient's Primary Language :* English
*Focused Assessment :* No
*ED Critical Documents :* No documents
*Public Health Travel :* No

Scholl RN, Jessica M. - 01/10/2019 09:42 EST
(As Of: 01/10/2019 09:43)

Allergies (Active)
sulfa drug          *Estimated Onset Date:* Unspecified ; *Created By:* O'Leary RN,

Printed by:     Baynum HIM Staff, Cynthia                          Page 1 of 2
Printed on:     01/15/2019 16:13 EST                              (Continued)

ED Physician Record

previously extracted tooth, No dry membranes or dry socket.
LIPS/GUMS: Normal inspection
EARS/NOSE: Normal inspection. Bilateral ear canals patent without discharge or
swelling. Bilateral tympanic membranes without erythema, perforation and
landmarks intact.
RESPIRATORY: Breath sounds normal.
SKIN: No rash, skin intact.
NEUROLOGIC/PSYCHIATRIC: Oriented ×4, mood and affect normal.

**Assessment and Plan**
Maxillary molar extraction yesterday, incomplete removal; referred to oral surgery

**Final Impression/Disposition**
**Final Impression:** S/P tooth extraction, Pain, dental
**Disposition:** ED Discharge. 01/10/2019 10:00:00 EST, ED Discharge

**Followup providers and additional instructions given to patient:**
CCHS Dental Clinic - Wilm Hosp (302) 428-4850, Now,

Signature Line
Electronically Signed:

Tarburton PA-C, Hunter T.
01/10/2019 14:53

Completed Action List:
* Perform by Tarburton PA-C, Hunter T. on January 10, 2019 09:59 EST
* Modify by Tarburton PA-C, Hunter T. on January 10, 2019 14:53 EST
* Sign by Tarburton PA-C, Hunter T. on January 10, 2019 14:53 EST Requested by Tarburton PA-C, Hunter T. on January 10, 2019
09:59 EST
* VERIFY by Tarburton PA-C, Hunter T. on January 10, 2019 14:53 EST
* Sign by Matthews MD, Jason on January 10, 2019 15:12 EST Requested by Tarburton PA-C, Hunter T. on January 10, 2019
14:53 EST



**CHRISTIANA CARE**
**HEALTH SERVICES**



EDINST

# What To Do After Leaving the Emergency Department

**Name:** MCCREARY, KEYONA
**DOB:** 02/22/1989

**FIN:** 610032914818
**Current Date/Time:** 01/10/19 10:00

- Please follow these instructions to care for your health after leaving the Emergency Department. Share these instructions with your doctor(s) at your next visit.
- If there is anything you do not understand, please call your physician.
- Thank you for letting us care for you at Christiana Care.

## My Summary



### I was in the Emergency Department for:

S/P tooth extraction
Pain, dental

## My Next Steps

### I Need to Follow Up:

**Follow Up with** CCHS Dental Clinic
- Wlm Hosp (302) 428-4850
**When** Within Now



### Patient Progress Notes

Patient: Keyona McCreary
Birthdate: 02/22/1989

Chart #:

Date: 03/21/2019
SS#:

Provider: Mia Holmes DDS
Phone: (302)655-6187
Office: 601 New Castle Ave
Wilmington, DE  19801

### Progress Notes Continued

| Date | Tooth | Surf | Proc | Prov | Description | Stat | AP |
|------|-------|------|------|------|-------------|------|-----|
| 01/02/2019 | | | D1110 | MHOLM | Prophylaxis-adult | TP | |
| 01/02/2019 | 2 | O | D2391 | MHOLM | Resin composite-1s, posterior | EO | |
| 01/02/2019 | 4 | O | D2391 | MHOLM | Resin composite-1s, posterior | EO | |
| 01/02/2019 | 5 | O | D2391 | MHOLM | Resin composite-1s, posterior | EO | |
| 01/02/2019 | 7 | | 15101 | MHOLM | Missing tooth | CON | |
| 01/02/2019 | 10 | | 15101 | MHOLM | Missing tooth | CON | |
| 01/02/2019 | 12 | O | D2140 | MHOLM | Amalgam-1 surf. prim/perm | EO | |
| 01/02/2019 | 12 | OD | D2392 | MHOLM | Resin composite-2s, posterior | TP | |
| 01/02/2019 | 13 | O | D2140 | MHOLM | Amalgam-1 surf. prim/perm | EO | |
| 01/02/2019 | 13 | MOD | D2393 | MHOLM | Resin composite-3s, posterior | TP | |
| 01/02/2019 | 14 | O | D2140 | MHOLM | Amalgam-1 surf. prim/perm | EO | |
| 01/02/2019 | 14 | MO | D2392 | MHOLM | Resin composite-2s, posterior | TP | |
| 01/02/2019 | 15 | | 15101 | MHOLM | Missing tooth | CON | |
| 01/02/2019 | 17 | O | D2140 | MHOLM | Amalgam-1 surf. prim/perm | EO | |
| 01/02/2019 | 18 | O | D2140 | MHOLM | Amalgam-1 surf. prim/perm | EO | |
| 01/02/2019 | 18 | MO | D2392 | MHOLM | Resin composite-2s, posterior | TP | |
| 01/02/2019 | 19 | OB | D2150 | MHOLM | Amalgam-2 surf. prim/perm | EO | |
| 01/02/2019 | 19 | OD | D2392 | MHOLM | Resin composite-2s, posterior | TP | |
| 01/02/2019 | 20 | O | D2140 | MHOLM | Amalgam-1 surf. prim/perm | EO | |
| 01/02/2019 | 29 | OD | D2392 | MHOLM | Resin composite-2s, posterior | EO | |
| 01/02/2019 | 30 | MODB | D2394 | MHOLM | Resin composite-4+s, posterior | EO | |
| 01/02/2019 | 31 | | 15101 | MHOLM | Missing tooth | CON | |
| 01/09/2019 | | | | MHOLM | Clinical Note | | |

Patient presents for surgical ext of # 1.
Reviewed medical history.

Diagnosis: dross decay, hopeless prognosis

Time Out completed.
Informed consent obtained.
BP 108/74 P94
2 carpules of Articaine, 4% with Epinephrine 1:100,000, administered via PSA and palatal infiltration.
Aspirating technique utilized.

Procedure: Surgical extraction of # 1

FTMPF created with #15 blade and periosteal elevator. Surgical handpiece used to divide roots and trough buccal bone.. 1 elevated, luxated and delivered with elevators and E/W elevator. Checked handpiece following procedure to ensure bur was not lost.
Irregular bony steps removed with rongeur and Bone filed smooth with bone file. Socket(s) curetted and irrigated with Peridex.
Gelfoam placed.. No sutures placed
Bleeding: moderate
Gauze placed. Hemostasis achieved.
POIG verbal and written.

Patient handled procedure well.. Patient dismissed in stable condition.
Rx: warm salt water rinses recommended, CHX 0.12% and Percocet 5/325, magic mouthwash

assistant: Kyiona Chavous-Hall

Continued on Next Page

*3*

## Patient Progress Notes

Patient: Keyona McCreary
Birthdate: 02/22/1989
Provider: Mia Holmes DDS
Phone: (302)655-6187
Office: 601 New Castle Ave
Wilmington, DE 19801

Chart #:

Date: 03/21/2019
SS#:

### Progress Notes Continued

| Date | Tooth | Surf | Proc | Prov | Description | Stat | AP |
|------|-------|------|------|------|-------------|------|-----|

NV- post op

---- Signed on Thursday, January 10, 2019 at 9:43:58 AM ----
---- Provider: KCHAVOUS - Kylona Chavous-Hall, Dental Assistant -- Clinic: HJMC ----
---- Override Provider: MHOLMES - Mia Holmes, DDS ----

---- Appended on Thursday, January 10, 2019 at 3:24:02 PM ----
---- Provider: KCHAVOUS - Kylona Chavous-Hall, Dental Assistant -- Clinic: HJMC ----
---- Overriding with Provider: MHOLMES - Mia Holmes, DDS ----

Please note:
xray was taken mid-procedure to visualize location of remaining Mesial and distal roots. Xray shows dilaceration of root. both roots were removed in full with E/W elevators.
some ecchymosis noted following extraction (likely from retraction with Minnesota)
patient was informed of possible post op pain and prescribed peridex, magic mouthwash and percocet in the event motrin 800mg (prescribed at initial encounter) was not enough to temper pain over the weekend.

| 01/09/2019 | 1 | . | D7210 | | MHOLM  Extract, erupted th, rem oth | | c |
| 01/10/2019 | | | | | MHOLM  Clinical Note | | |

Pt did not show for scheduled 11 AM post op/ NO CHARGE appointment.
Pt presented with significant other this afternoon. Significant other requested documentation supporting completion of the extraction.
Michelle Gallman (PC) reported to me that patient was requesting proof of procedure. Michelle stated the patient was given a receipt and a doctor's note for work yesterday.
Patient's significant other stated he wanted a copy of patient's chart that showed procedure was completed. Michelle did not know what other documentation she could give the patient, and paient and significant other became angry and started to argue with her. The patient called Michelle a "bitch" several times and continued to get angrier. I asked Michelle to leave. Dr. Thomas and myself Intervened. The security guard also intervened in an effort to diffuse the situation.

Due to the extraction being surgical, I requested patient allow me to evaluate healing as I originally planned to do at her scheduled appointment this morning patient did not show for appt). Patient said she didn't have time and had to pick up her son at 3:30pm. Kylona noticed a hospital band on her wrist and informed me. I asked patient if she went to the hospital. Patient said she went to the hospital because she was in pain and that she overslept and missed her appt time at HJMC, but denied any medications were prescribed. I asked patient if she got scripts I prescribed filled yesterday, patient said she only got "some of them filled." Patient appeared to have swelling. I again requested that patient allow me to evaluate her at no charge. Patient refused and said she has gauze in her mouth and that she is not swollen. Patient said she needed to leave to pick up her son and that she was late. Patient said she will return at 3:30 pm. I informed patient I would have documents showing completion of extraction when she returned. Printed three documents from chart as well as encounter form showing proof of completion of a surgical ext, however, patient did not return. Documents scanned into chart int he event patient returns at a later date.

Witness:
security guard
Kylona Chavous-Hall
Dr. Wayne Thomas (resident)
Dr. Holmes
Legacy Hardy

---- Signed on Thursday, January 10, 2019 at 4:25:28 PM ----
Continued on Next Page

# Henrietta Johnson Medical Center

HELPING ◆ HEALING ◆ CARING

4.

**Dental Department**
601 New Castle Avenue
Wilmington, DE 19801
(302) 655-6187 ext. 416
(302) 655-9195 fax

*Appointment tomorrow 10:45 AM*

DATE: 1/9/19

TO WHOM IT MAY CONCERN:

*Keyona McCreary* was seen today in the Henrietta Johnson Dental Department.

He/She received:

_____ Oral examination
_____ X-rays
_____ Prophylaxis
_____ Fluoride treatment
_____ Sealants
_____ Restorative (fillings)
____⊖___ Extraction(s)
_____ Root canal treatment
_____ Recall
_____ Other

Comments: _____
_____
_____

If you have any questions, please call us between 8:30 a.m. to 5:00 p.m.

Sincerely,

*[signature]*



# ADA.

# Tooth Extractions: postoperative instructions

*Tooth extraction is a minor surgical procedure. Therefore, it is natural that temporary changes will occur in the mouth afterward. You'll be functioning normally in just a few days. In the meantime, you should follow a few simple rules to help promote healing, prevent complications, and make yourself more comfortable.*

## At the Dentist's Office

### Anesthetics
The length of time you experience numbness varies depending on the type of anesthetic you've received. While your mouth is numb, you'll want to be careful not to bite your cheek, lip or tongue. The numbness should subside within a few hours.

### Healing
Your dentist will place a gauze pack on the extraction site to limit bleeding and confine the blood while clotting takes place. This gauze pack should be left in place for 30 to 45 minutes after you leave the dentist's office. Do not chew on the pack.



## At Home

### Bleeding
There may be some bleeding or oozing after the pack is removed. If so, follow this procedure:
☒ Fold a piece of clean gauze into a pad thick enough to bite on. Dampen the pad and place it directly on the extraction site.

☒ Apply moderate pressure by closing the teeth firmly over this pad. Maintain this pressure for about 30 minutes. If the pad becomes soaked, replace it with a clean one as necessary.

☒ Do not suck on the extraction site.

☒ A slight amount of blood may leak at the extraction site until a clot forms. However, if heavy bleeding continues, call your dentist. (Remember, though, that a lot of saliva and a little blood can look like a lot of bleeding.)

### The Blood Clot
After an extraction, a blood clot forms in the tooth socket. This clot is an important part of the normal healing process. You should avoid activities that might disturb the clot.

### Here's how to protect it:
☒ Do not smoke, or rinse your mouth vigorously, or drink through a straw for 24 hours. These activities create suction in the mouth, which could dislodge the ? and delay healing.

☒ Do not clean the teeth ne? tooth socket for the re?? should, however, ? other teeth tho?? mouth afterward.

American
Dental
Association

Division
of Communications

211 East Chicago Avenue
Chicago, Illinois 60611

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

<table>
<tr><td>KEYONA MCCREARY<br>   Plaintiff,<br><br>   Vs.<br><br>HENRIETTA JOHNSON<br>MEDICAL CENTER<br>   Defendant,</td><td>)<br>)<br>)<br>)<br>) Civil Action No. N2IC-01-030 DCS<br>)<br>)<br>)<br>)<br>)</td></tr>
</table>

**Exhibit D**

Select Language

Powered by Google **Translate**

## Henrietta Johnson Dental Program

www.hjmc.org

From agency: Southbridge Medical Advisory Council, Incorporated

Print this Page

**Resource Details**

**Description** Dental services include: oral exam, x-rays, cleaning, fillings, endodontics, periodontics, pedodontics, dentures, crowns, and basic oral surgery such as root canal and extractions. Services not offered at this time include elective or complicated oral surgery.

Insurance is accepted. If patient doesn't have insurance, then proof of income, with a photo ID, piece of mail from residence and Social Security Card (including Social Security Cards for all dependents).

If patient is on public assistance, then a letter from the agency providing assistance outlining amount of assistance is required.

Depending upon income, a sliding scale for payment is used.

**Coverage Area** Statewide

**Defined coverage areas:**
Delaware
Delaware - Kent County
Delaware - New Castle County
Delaware - Sussex County

**Physical Address** 601 New Castle Avenue
Wilmington DE
19801 United States

View map of this location

**Hours Of** Emergency walk-in's are encouraged to arrive earlier then the office opening hours in
**Operation** hopes of getting an appointment. All emergency walk-in's are taken on a first come, first served basis.

Mon: 9:00am 5:00pm
Tue: 8:00am 4:30pm
Wed: 9:00am 5:00pm
Thu: 8:00am 4:30pm
Fri: 9:00am 5:00pm

Program

**Eligibility** Open

**Languages** Spanish
**Offered**

**Program Fees** Sliding scale for adults; medicaid or sliding fee scale for children ages 3 to 20

**Programs at this** Henrietta Johnson Medical Center
**agency** Henrietta Johnson Medical Center, Eastside

Contact Information

Fax Number (302) 655-9195

Option 1 (302) 655-6187

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| KEYONA MCCREARY | ) |
|     Plaintiff, | ) |
| | ) |
| | ) |
| Vs. | ) Civil Action No. _____.___ |
| | ) |
| HENRIETTA JOHNSON | ) |
| MEDICAL CENTER | ) |
|     Defendant, | ) |
| | ) |

**Exhibit E**



**Patient Progress Notes**

Patient: Keyona McCreary
Birthdate: 02/22/1989
Provider: Mia Holmes DDS
Phone: (302)655-6187
Office: 601 New Castle Ave
Wilmington, DE 19801

Chart #:

Date: 03/21/2019
SS#:

## Progress Notes Continued

| Date | Tooth | Surf | Proc | Prov | Description | Stat | AP |
|------|-------|------|------|------|-------------|------|-----|

NV- post op

----- Signed on Thursday, January 10, 2019 at 9:43:59 AM -----
----- Provider: KCHAVOUS - Kylona Chavous-Hall, Dental Assistant -- Clinic: HJMC -----
----- Override Provider: MHOLMES - Mia Holmes, DDS -----

----- Appended on Thursday, January 10, 2019 at 3:24:02 PM -----
----- Provider: KCHAVOUS - Kylona Chavous-Hall, Dental Assistant -- Clinic: HJMC -----
----- Overriding with Provider: MHOLMES - Mia Holmes, DDS -----

Please note:
xray was taken mid-procedure to visualize location of remaining Mesial and distal roots. Xray shows dilaceration of root. both roots were removed in full with E/W elevators.
some ecchymosis noted following extraction (likely from retraction with Minnesota)
patient was informed of possible post op pain and prescribed peridex, magic mouthwash and percocet in the event motrin 800mg (prescribed at initial encounter) was not enough to temper pain over the weekend.

| 01/09/2019 | 1 | | D7210 | | MHOLM Extract, erupted th, rem oth | C | |
| 01/10/2019 | | | | | MHOLM  Clinical Note | | |

Pt did not show for scheduled 11 AM post op/ NO CHARGE appointment.
Pt presented with significant other this afternoon. Significant other requested documentation supporting completion of the extraction.
Michelle Gallman (PC) reported to me that patient was requesting proof of procedure. Michelle stated the patient was given a receipt and a doctor's note for work yesterday.
Patient's significant other stated he wanted a copy of patient's chart that showed procedure was completed. Michelle did not know what other documentation she could give the patient, and patient and significant other became angry and started to argue with her. The patient called Michelle a "bitch" several times and continued to get angrier. I asked Michelle to leave. Dr. Thomas and myself intervened. The security guard also intervened in an effort to diffuse the situation.

Due to the extraction being surgical, I requested patient allow me to evaluate healing as I originally planned to do at her scheduled appointment this morning patient did not show for appt). Patient said she didn't have time and had to pick up her son at 3:30pm. Kylona noticed a hospital band on her wrist and informed me. I asked patient if she went to the hospital. Patient said she went to the hospital because she was in pain and that she overslept and missed her appt time at HJMC, but denied any medications were prescribed. I asked patient if she got scripts I prescribed filled yesterday, patient said she only got "some of them filled." Patient appeared to have swelling, I again requested that patient allow me to evaluate her at no charge. Patient refused and said she has gauze in her mouth and that she is not swollen. Patient said she needed to leave to pick up her son and that she was late. Patient said she will return at 3:30 pm. I informed patient I would have documents showing completion of extraction when she returned. Printed three documents from chart as well as encounter form showing proof of completion of a surgical ext, however, patient did not return. Documents scanned into chart int he event patient returns at a later date.

Witness:
security guard
Kylona Chavous-Hall
Dr. Wayne Thomas (resident)
Dr. Holmes
Legacy Hardy

----- Signed on Thursday, January 10, 2019 at 4:25:28 PM -----
Continued on Next Page

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

|  |  |
|---|---|
| KEYONA MCCREARY | ) |
|     Plaintiff, | ) |
|  | ) |
|     Vs. | ) Civil Action No. N 21C- 01- 030 - DCS |
|  | ) |
| HENRIETTA JOHNSON | ) |
| MEDICAL CENTER | ) |
|     Defendant, | ) |
|  | ) |

**Exhibit F**



**Patient Progress Notes**

Patient: Keyona McCreary
Birthdate: 02/22/1989                                    Chart #:                                    Date: 03/21/2019
Provider: Mia Holmes DDS                                                                              SS#:
Phone: (302)655-6187
Office: 601 New Castle Ave
       Wilmington, DE 19801

Progress Notes Continued

| Date | Tooth | Surf | Proc | Prov | Description | Stat | AP |
|------|-------|------|------|------|-------------|------|-----|

NV- post op

---- Signed on Thursday, January 10, 2019 at 9:43:58 AM ----
---- Provider: KCHAVOUS - Kylona Chavous-Hall, Dental Assistant -- Clinic: HJMC ----
---- Override Provider: MHOLMES - Mia Holmes, DDS ----

---- Appended on Thursday, January 10, 2019 at 3:24:02 PM ----
---- Provider: KCHAVOUS - Kylona Chavous-Hall, Dental Assistant -- Clinic: HJMC ----
---- Overriding with Provider: MHOLMES - Mia Holmes, DDS ----

Please note:
xray was taken mid-procedure to visualize location of remaining Mesial and distal roots. Xray shows
dilaceration of root. both roots were removed in full with E/W elevators.
some ecchymosis noted following extraction (likely from retraction with Minnesota)
patient was informed of possible post op pain and prescribed peridex, magic mouthwash and percocet
in the event motrin 800mg (prescribed at initial encounter) was not enough to temper pain over the
weekend.

| 01/09/2019 | 1 | . | D7210 | MHOLM | Extract, erupted th, rem oth | | C |
| 01/10/2019 | | | | MHOLM | Clinical Note | | |

Pt did not show for scheduled 11 AM post op/ NO CHARGE appointment.
Pt presented with significant other this afternoon. Significant other requested documentation
supporting completion of the extraction.
Michelle Gallman (PC) reported to me that patient was requesting proof of procedure. Michelle stated
the patient was given a receipt and a doctor's note for work yesterday.
Patient's significant other stated he wanted a copy of patient's chart that showed procedure was
completed. Michelle did not know what other documentation she could give the patient, and paient
and significant other became angry and started to argue with her. The patient called Michelle a
"bitch" several times and continued to get angrier. I asked Michelle to leave. Dr. Thomas and myself
intervened. The security guard also intervened in an effort to diffuse the situation.

Due to the extraction being surgical, I requested patient allow me to evaluate healing as I originally
planned to do at her scheduled appointment this morning patient did not show for appt. Patient said
she didn't have time and had to pick up her son at 3:30pm. Kylona noticed a hospital band on her
wrist and informed me. I asked patient if she went to the hospital. Patient said she went to the hospital
because she was in pain and that she overslept and missed her appt time at HJMC, but denied any
medications were prescribed. I asked patient if she got scripts I prescribed filled yesterday, patient
said she only got "some of them filled." Patient appeared to have swelling, I again requested that
patient allow me to evaluate her at no charge. Patient refused and said she has gauze in her mouth
and that she is not swollen. Patient said she needed to leave to pick up her son and that she was
late. Patient said she will return at 3:30 pm. I informed patient I would have documents showing
completion of extraction when she returned. Printed three documents from chart as well as encounter
form showing proof of completion of a surgical ext, however, patient did not return. Documents
scanned into chart int he event patient returns at a later date.

Witness:
security guard
Kylona Chavous-Hall
Dr. Wayne Thomas (resident)
Dr. Holmes
Legacy Hardy

----- Signed on Thursday, January 10, 2019 at 4:26:28 PM -----
Continued on Next Page

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

KEYONA MCCREARY )
    Plaintiff, )
  )
  )
    Vs. ) Civil Action No. _____
  )
HENRIETTA JOHNSON )
MEDICAL CENTER )
    Defendant, )
  )

**Exhibit G**

Authorization for Health Information Disclosure
This form complies with the HIPAA Privacy Rule

Patient Information

Patient Name: Keyona McCreary____   Street Address: 203 Wakefield Court_____

City: Hockessin_____   State: DE____   Zip Code: 19707____   Date of Birth: 2/22/89

Hereby authorize: Henrietta Johnson Medical Center_____
                        Name of physician's office/medical practice disclosing information

Requestor/Recipient Information

Please disclose the following protected health information to:

Please indicate the information or types of information to be disclosed:
_____Complete medical records chart, including diagnostic testing reports and images, office
notes, operative reports, prescriptions, and hygienist notes_____

Specify dates (or date ranges) if applicable: January 1, 2019 to present_____
This request is for the purpose of: Legal____

I understand that I have the right to revoke this authorization at any time. I understand that my revocation must be in
writing and addressed to the privacy officer of the above-named facility to make this disclosure. I understand that
the revocation does not apply to information that has already been released in response to this authorization. Unless
otherwise revoked, that authorization will expire in six months or on the following date: _____.

I understand that any disclosure of information may be subject to re-disclosure by the recipient and may no longer
be protected by federal or state law. I understand that I need not sign this authorization to assure treatment. I
understand that I may inspect and/or copy the information to be disclosed. I understand that authorizing this
disclosure is voluntary. I understand that if I have any questions about disclosure of my health information, I may
contact the privacy officer at the facility listed above that is authorized to disclose this information and request a
copy of this authorization.

I understand that my health record may include information pertaining to the treatment of drug and alcohol abuse,
mental illness, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV), sexually
transmitted diseases, tuberculosis or genetics.

**IF YOU DO NOT WISH THIS INFORMATION BE RELEASED, PLEASE INITIAL: DO NOT
RELEASE:** _____

_____          _____
Signature of Patient or Authorized Representative          Date

_____
Description of Representative's Authority

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

KEYONA MCCREARY                        )
    Plaintiff,                         )
                                       )
                                       )
    Vs.                                ) Civil Action No. _____.____
                                       )
HENRIETTA JOHNSON                      )
MEDICAL CENTER                         )
    Defendant,                         )
                                       )

**Exhibit H**

*29*


Westside Family Healthcare
We heal you well.

*4th Street Office*
1802 W. Fourth Street
Wilmington, DE 19805
Phone: (302) 655-5822
Fax: (302) 655-8771

**Keyona McCreary**          Patient #: 12631940          DOB: 02/22/1989 (30 years)

**Date of Encounter:** 01/25/2019 01:01 PM

---

## History of Present Illness          Glenna Breslin Cordo, FNP-BC 01/25/2019 04:18 PM

Patient words: hospital f/u.

The patient is a 29 year old female for hospital or emergency room follow up. Note for " course ": 1/25/2019: Here for ER f/u continued dental pain

Pt presents with ongoing right sided facial pain and numbness following tooth extraction on 1/9/19; also reports cough, congestion, rhinnorhea and body aches that are improving

Went to dentist for upper right sided tooth pain; pain in this area for a long time
Had xrays done there and told she needed extraction; she was not started on ABX at that time, was given tylenol for pain

1/9/19 - Went to Henrietta for dental extraction; was given numbing medication by dental who tried to pull tooth out, difficult extraction; dental told her "oh this is difficult I should have referred you to dental surgeon"; she was in dental chair for about 3 hours and was told she had a curved root tip
Dental kept trying to pull out the rest of the tooth- cracked the tooth and was tugging really hard
Had xray done while at dental and found tooth root was still in cavity
Was given percocet, chlorhexadine, and magic mouth wash for pain from dental
As soon as she left the office she started with severe pain to right ear, felt like being stabbed in her ear; radiating down her left throat
The next day pain was very severe as soon as she woke up, took ibuprofen; felt her throat was tight, closing

1/10/19 - Wilmington ER told her it was incomplete removal- referred to oral surgery upstairs
Dental at Wilmington told her she needed more work- tooth root extracted at Wilmington
Was given Amox at Wilmington dental

1/14/19 - was seen at PCP dental
Was seen by WFH dental and told she was already on everything she needed and continue taking prescribed meds

Went to her moms dentist and was given clindamycin from him
Started taking clindamycin after that visit, this was "days later" after her visit here
Clindamycin made her feel better- states her chills went away, throat pain, ear pain improved
She is taking clindamycin TID, has 1 more day to go
At f/u with this dentist she was referred to oral surgery

*[handwritten: Complaint # 12 → DR Shalif]*

2 days ago saw oral surgery, on xrays her sinuses looked abnormal - pt isn't sure what was found on xray
Stated dental noticed "something in my jaw" and was told to come back in 1 week for recheck

Currently: has right maxillary numbness, but has pain in right maxillary all the way into corner of her right eye, pain extends to the lateral aspect of right eye
Tried to have eyebrows plucked and that caused the pain to worsen
Very sensitive to cold, significant pain to extraction site
Pain starts when she gets up and has to do things around the house
Only had severe pain 2 times per day, in between episodes she feels like a low background pain but not full severe pain
Switches from nsaids to tylenol with some relief
Has some tingling sensation to the right cheek area
Cold water, eyebrow plucking and when her daughter brushed up against her face it caused the shooting severe pain
Warm water doesn't cause issues, hot water makes tingling worse
Symptoms are unilateral- straight line down center of face- right side of face involved
Describe "baby electric shock" type of pain

tingling sensation to right side of face: taking tylenol/nsaids helps her prevent worsening, feels symptoms are maxillary pain and numbness that have been constant since tooth extraction on 1/9/19

ros
no fever, no chills
+facial pain, numbness, tingling
+mouth/sinus pain
no rashes
no facial droop

Additional reasons for visit:

HWHB- Required Information Every Visit is described as the following:
Method of birth control: no birth control used. STI Discussion: discussed today. Pregnancy wanted in next year: no. Multi/Prenatal vitamin: no, given today.

---

Keyona McCreary
DOB: 02/22/1989

## I need to see the following specialist(s)...

Your provider has referred you to the following specialist(s):
- Ear, Nose, and Throat Specialist

If you need assistance please speak with a Healthcare Coordinator.

Your provider has recommended that you set up an appointment with the following specialist(s) or for the following procedure(s):
....................None

Please follow the instructions in the "Educational Information" section.

## I need to go for these labs...

**No lab tests were ordered today.

## I need to go for these tests...

- BODY MASS INDEX (BMI) DOCUMENTED (3008F)
- CT SCAN - SINUSES/MAXILLOFACIAL - W/O CONTRAST (70486)

## My Medications

**Please call your pharmacy for medication refills.**

**According to our records, these are the medications you are currently taking:**
**(This includes any changes made today)**
- Minocycline HCl 100MG Tablet 1 Oral daily (cada dia)
- Saline Nasal Spray 0.65% Solution 2 (two) Spray Nasal to each nostril every 4 hours
- Ella 30MG Tablet 1 (one) Tablet Oral once

## How to Access My Medical Record Online

Accessing my Medical Record Online using Westside's new Patient Portal ... It's as easy as 1,2,3!

It is important that we have your correct email address.  Our front desk staff can update your record.

1. Click the registration link in the email you receive from ncreply@followmyhealth.com

2. Create your portal login using a unique username and password

3. Enter the invitation code provided by Westside Family Healthcare.  The code is your date of birth.  For example, 062580 for 6/25/1980.  Click "Agree" to the release of information

Using your web account, you will now be able to write to your provider, view your medical information, request medication refills, and schedule appointments.

## My Healthy Goals

If you have certain health conditions, there may be goals listed below to help you improve your health.

## Educational Information

Provided information on how to set up a web account and access health information online.

### ULTRASOUND, MRI, CT SCAN, MAMMOGRAM, X-RAY

Your healthcare provider has recommended that you have an imaging or diagnostic test. Below is a list of offices that our patients often use. There are other facilities in the Delaware region that you can choose from.  Please contact a facility to make an appointment for your test as soon as possible.

***You **DO NOT** need an appointment to get an X-Ray; you can just walk-in to any facility listed below*** **If you have insurance we encourage you to contact your insurance company to help you choose a facility that participates with your plan.  Ask your insurance company if you will need a pre-authorization for your test.  It is your responsibility to notify Westside Family Healthcare at least 72 hours in advance of your imaging appointment if you need a pre-authorization.**

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

KEYONA MCCREARY  )
    Plaintiff,  )
      )
      )
    Vs.  ) Civil Action No. _____.____
      )
HENRIETTA JOHNSON  )
MEDICAL CENTER  )
    Defendant,  )
      )

## Exhibit I





**CHRISTIANA CARE**
HEALTH SERVICES

Patient Name : MCCREARY, KEYONA
Financial Number : 610032987794
Medical Record Number : 904702513
Date of Birth : 2/22/1989
Admission Date : 2/2/2019

*DynDoc*

RESULT STATUS:
PERFORM INFORMATION:                    Auth (Verified)
SIGN INFORMATION:                       Donovan PA-C,Robert I.(2/3/2019 07:01 EST)
                                        Cummings MD,Daniel B.(2/4/2019 07:55 EST); Donovan PA-
                                        C,Robert I.(2/4/2019 07:36 EST)

# ED Physician Record

DOB 02/22/1989 FIN 610032987794 MRN 904702513 Location EWED/CKOT/

Provider Contact Date and Time
02/02/19 23:11

Basic Information
Triage Chief Complaint:
POSS DENTAL INFECTION, CHEST DISCOMFORT

History / Exam limited by: none


Supervising Physician: Cummings


History of Present Illness
Patient is a 29-year-old female, no medical history, presents the
emergency department complaining of right sided headache.
Patient states the headache has been ongoing for approximately a
month. Patient states the headache occurred after she had dental
work. Patient states that she had a right-sided mandibular molar
removed, and since that time she has been experiencing a
right-sided headache. Patient denies any mouth or dental pain at
this time. Patient states the pain is primarily around the right orbit
and into the right head. Patient states the pain as a dull throbbing
pain. Patient denies any visual changes. Patient denies any
associated nausea or vomiting. Patient does admit to sensitivity to
light associated with the headache. Patient denies similar
headaches in the past. Patient denies any cough or congestion.
Patient denies any neck pain or stiffness. Patient denies any
recent head trauma. Patient denies any seizure, syncope, chills, or
fever.

Review of Systems
A 10 system review of systems was completed and negative
except as documented in HPI.

Physical Exam

Vitals & Measurements
Initial Vitals 02/02 20:25
T:36.8(Oral) HR:85 RR:18 BP:126/81 Pulse
Ox:100% Source:Room Air ---

Problem List
Ongoing
None reported

Home Medications
Home
clindamycin 300 mg oral capsule
Fioricet oral tablet, 1-2 Tab, PO, Q4H, PRN
Promethazine DM 6.25 mg-15 mg/5 mL oral syrup, 5 ML, PO, Q6H,
PRN

Allergies
sulfa drug

Social/Family History
SOCIAL HISTORY
Ever Smoked Tobacco: Never Smoker
Alcohol use - frequency: Occasional
Drug use: Never

Diagnostic Results
Radiology
CT Head/Sinuses wo Contrast (ordered 02/03/19 00:02)

(02/03/2019 00:48 EST CT Head/Sinuses wo Contrast)
Impression:
No acute intracranial process.

Poor evaluation of a right maxillary molar tooth cavity secondary to
the included
field-of-view on this CT sinus study. There is lateral defect of the
maxillary cortex at
this level with suggested asymmetric soft tissue, but no definite
drainable fluid collection
or inflammation. No associated gas. Contrast-enhanced dedicated
imaging of the facial bones
is recommended for further evaluation.

Minimal paranasal sinus disease without evidence for sinusitis.
[1]

EKG
EKG

21





## CHRISTIANA CARE
### HEALTH SERVICES



EDINST

# What To Do After Leaving the Emergency Department

**Name:** MCCREARY, KEYONA
**DOB:** 02/22/1989

**FIN:** 610032987794
**Current Date/Time:** 02/03/19 04:30

- Please follow these instructions to care for your health after leaving the Emergency Department. Share these instructions with your doctor(s) at your next visit.
- If there is anything you do not understand, please call your physician.
- Thank you for letting us care for you at Christiana Care.

## My Summary

### I was in the Emergency Department for:

Right-sided headache

## My Next Steps

### Instructions From Your Care Team:

Your CT scan showed an abnormality in the maxillary bone of your right face.  This will need to be further evaluated by either your dentist or doctor.

### I Need to Follow Up:

**Follow Up with** Follow up with
primary care provider





Patient Name  : MCCREARY, KEYONA
Financial Number  : 610032987794
Date of Birth  : 2/22/1989

**DynDoc**

**Final Impression/Disposition**
Final Impression: Right-sided headache
Disposition: ED Discharge. 02/03/2019 4:25:00 EST, ED
Discharge

**Followup providers and additional instructions given to
patient:**
 Follow up with primary care provider, 1-2 days, call for an
appointment,
 CCHS Adult Medicine Office 302-428-4411, 1-2 days, call for an
appointment,
Patient was given prescriptions for:
Fioricet oral tablet (APAP/butalbital/caffeine) 1-2 Tab, by mouth,
Every 4 hours  as needed for: Headache. Prescription was printed

Your CT scan showed an abnormality in the maxillary bone of
your right face.  This will need to be further evaluated by either
your dentist or doctor.

[1] CT Head/Sinuses wo Contrast; Khasat DO, Vikram J. 02/03/2019 00:48 EST

*Electronically Signed:*

*Donovan PA-C, Robert I.*
*02/04/2019 07:36*

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

|  |  |  |
|---|---|---|
| KEYONA MCCREARY | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| Vs. | ) Civil Action No. _____._____ | |
| | ) | |
| HENRIETTA JOHNSON | ) | |
| MEDICAL CENTER | ) | |
| Defendant, | ) | |
| | ) | |

**Exhibit J**

# CLINICAL NOTES REPORT
ALL NOTES
1/1/2019 - 2/25/2019 Note Date
Clinics: <ALL>
Providers: <ALL>
Encounters: <ALL>

Page 1 of 3

Report Date: 2/25/2019                    Report Generated By: LREID

| | BIRTHDATE | CHART | SSN | HOME PHONE |
|---|---|---|---|---|
| McCreary, Keyona | 02/22/1989 | 26245 | | (302) 507-3892 |

**DATE:** 01/17/2019

| | | | | ENCOUNTER: | |
|---|---|---|---|---|---|
| NOTE# 1 | | Time | Provider | Clinic | Status |
| Page 1 | | 9:17:45AM | NEWPT | GARNET | Not Approved |

Prescription: Clindamycin (Cleocin)
Dosage: 21
Disp: 21
Duration: 0 Day(s)
Refills: 0
Provider: SHALIT
Clinic: GARNET
Sig: Take 1 tab PO TID until finished
Notes:

| | | | | ENCOUNTER: | |
|---|---|---|---|---|---|
| NOTE# 2 | | Time | Provider | Clinic | Status |
| Page 1 | | 2:55:12PM | NEWPT | GARNET | Not Approved |

----- Thursday, January 17, 2019 at 2:55:14 PM -----
----- Provider: TKOWALL - Taylor Kowall, Assistant -- Clinic: GARNET -----
New pt wants a second opinion. Having numbness where she had a ext done earlier this week. Pt is on Amox.
Took pan. Dr Shalit switched antibiotics to Clindamycin. Rec pt to come back next week for another post op and cleaning.

**DATE:** 01/23/2019

| | | | | ENCOUNTER: | |
|---|---|---|---|---|---|
| NOTE# 1 | | Time | Provider | Clinic | Status |
| Page 1 | | 11:36:42AM | SHALIT | GARNET | Not Approved |

----- Wednesday, January 23, 2019 at 11:36:45 AM -----
----- Provider: DTRIZONIS - Debi Trizonis, Hygienist -- Clinic: GARNET -----
no medical changes;   pt is still in a lot of pain from extraction #1
muscle tenderness, cant open mouth wide;  cant tolerate cold temperatures
FMX
exam  Dr Shalit
prophy  lt debris and calculus- tissues pink/ firm   no bop
did not perio chart today- limited opening

**DATE:** 01/24/2019

| | | | | ENCOUNTER: | |
|---|---|---|---|---|---|
| NOTE# 2 | | Time | Provider | Clinic | Status |
| Page 1 | | 1:50:44PM | SHALIT | BRINTON | Approved |

Patient Name: keyona mccreary
Date: 1-24-19
Sex: f

Age:29
'7

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

KEYONA MCCREARY )
    Plaintiff, )
   )
   )
  Vs. ) Civil Action No. _____
   )
HENRIETTA JOHNSON )
MEDICAL CENTER )
    Defendant, )
   )

**Exhibit K**

date 29.Jan.2019
Lidocaine Viscous (lidocaine hcl 2% solution) for 3 days (quantity: 1 Not Specified), start date 29.Jan.2019
Saline Mist (sodium chloride 0.65% aerosol,spray) for 10 days (quantity: 1 Not Specified), refills: 0, start date 29.Jan.2019

S1: The patient presents today regarding CT sinus results.

She is still experiencing right sided cheek pain.

She reports nasal congestion.

She denies bleeding, change of taste and smell, dyspnea or dysphagia.

**Patient Information Distributed**

**DIAGNOSIS**

**G50.1 Atypical facial pain**
**R51 Headache**

**Doctor's Impression:** Facial pain
Headache
Acute sinusitis
History of right maxillary molar extraction and follow up procedure to remove retained roots in 2019

The plan on 1/29/19 was:
The patient presents today regarding facial pain. This began after a right maxillary dental extraction 1/9/19. She has been treated with a course of amoxicillin and then clindamycin with mild improvement. She continues to have right facial tenderness and headache. Nasal endoscopy shows no purulent drainage but there is some inflammation in the middle meatus. We will obtain a sinus CT with fusion to rule out odontogenic sinusitis. She has failed medical therapy with two courses of antibiotics. The patient will follow up after CT scan of her sinuses with Fusion. All questions answered.

The plan on 2/19/19 is:
The patient presents today for a follow up regarding facial pain. She reports the facial pain has improved slightly. I carefully reviewed the CT sinus scan results with the patient. Sinuses are clear without any sinus disease. There may be a retained root from the right molar extraction. The patient will be following up with her oral surgeon later today for further evaluation and treatment. All questions answered.

The plan on 6/27/19 is:
The patient presents today for a follow up regarding facial pain. She reports after her last



 COMPLETE CARE.

302.998.0300
www.entad.org

**PATIENT NAME:** Keyona McCreary    ACCOUNT: 70947
**DATE OF BIRTH:** 02/22/1989
**PATIENT PHONE NUMBER:** (302) 507-6436

**INSURANCE:** Highmark Health Options Claims Dept    Policy# 0002066582

**INSURANCE:**    Policy#

**DX:G50.1 Atypical facial pain**
**R51 Headache**
**J01.90 Acute sinusitis, unspecified**

**FACILITY:** Delaware Imaging Network Suite 122 Glasgow Medical Center
**TEST DATE:** 2/11/19 8:30am
**PREP:**
**SCHEDULER:** Caroline

**\*\*PLEASE GIVE CD TO PATIENT\*\***    **\*\*FAX RESULTS TO 302-832-0338 \*\***

| RADIOLOGY |
|---|
| ☑ CT Sinuses |
| ☐ With Contrast (70487) |
| ☑ Without Contrast (70486) |
| ☐ With & Without Contrast (70488) |
| ☐ With Fusion Image Guidance |

Jonathan Romak, MD    NPI: 1114239407    1/29/2019
Electronically Signed

Keyona McCreary - DOB: 22.Feb.1989 (29) - Pg. 1 of 1

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

KEYONA MCCREARY
    Plaintiff,

Vs.

HENRIETTA JOHNSON
MEDICAL CENTER
    Defendant,

)
)
)
)
) Civil Action No. _____
)
)
)
)
)

**Exhibit L**



**4th Street Office**
1802 W. Fourth Street
Wilmington, DE 19805
Phone: (302) 655-5822
Fax: (302) 655-8771

Westside Family Healthcare
We treat you well.

Patient #: 12631940

**DOB:** 02/22/1989 (30 years)

Keyona McCreary

Date of Encounter:   02/22/2019 09:48 AM

## History of Present Illness

Glenna Breslin Cordo, FNP-BC 02/22/2019 12:46 PM

Patient words: f/u from tooth pain.

The patient is a 30 year old female who presents with trigeminal neuralgia.  Note for "Trigeminal neuralgia": 2/22/19: Here for f/u on
dental issues, possible trigeminal neuralgia
was previously started on tegretol after last visit with OMFS in DE-  see notes in chart OMFS in de didn't have any concerns for surgical
intervention,
Carbamazepine made her nauseous but made the sharp facial pain go away; pain 8/10 prior to taking med, now 6-7/10; shooting pain
sensation is still there but "much better" and "softened"; face still sensative to temperatre extremes and when bumped by something
Only took med for 3 days
Stopped taking last week because of RUQ ABD pain, she wasn't sure if carbamazepine was causing pain or not
2/11/19 - Had CT done; found root tip still in place with infected tissue surrounding according to 2nd opinion OMFS in PA
2/19/19 - Oromaxillary surgery told her she needs to have this cleaned out surgically; started on Clindamycin at this time, Dr Kai-zu
Chi- pt found her online and went for a second opinion after visit with OMFS in DE, she felt the DE OMFS ignored her concerns
pt is waiting to follow up with OMFS in PA but concern for insurance issues d/t DE medicaid
is willing to restart tegretol as she feels this helped her pain significantly

Abd PAIN:
2/21/19 - Went to ER for ABD pain, see scanned ER records; ABD US showed mild thickening of gallbladder, CBC, CMP, LIpase, UA,
GC/CL negative. Pelvic exam benign
ABD pain RUQ referred to R shoulder
Pain first started 2 weeks ago, unsure if associated with tegretol- started as a soft, faint pain
started to worsen over a few days, noticed Ruq pain was with shoulder pain as well
yesterday pain was worse, had a BM and that helped pain go away
still felt some pain after BM but was improved
When pt is bloated pain is worse, but is better after BM
when she pushed the area she feels a really sharp pain so she went to the ER to be evaluated
was given bentyl RX and ibuprofen RX, was given bentyl in ER and that seemed to help, workup as above
hasn't filled RXs at all since ER visit
no longer with shoulder pain, RUQ pains eems to have resolved/improved
only notices if she palpates deeply to the area

ros
no fever, no chills
no n/v/d/c
int RUQ pain
no shoulder pain
+facial pain, intermittent
no gum swelling, bleeding currently

Additional reasons for visit:

HWHB- Required Information Every Visit is described as the following:
Method of birth control: no birth control used. STI Discussion: discussed today. Pregnancy wanted in next year: no. Multi/Prenatal
vitamin: no. given today.

Keyona McCreary
DOB: 02/22/1989

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

KEYONA MCCREARY )
    Plaintiff, )
  )
  )
   Vs. ) Civil Action No. _____
  )
HENRIETTA JOHNSON )
MEDICAL CENTER )
    Defendant, )
  )

**Exhibit M**



*4th Street Office*
1802 W. Fourth Street
Wilmington, DE 19805
Phone: (302) 655-5822
Fax: (302) 655-8771

W Westside Family Healthcare
We treat you well.

Keyona McCreary

Patient #: 12631940

**DOB:** 02/22/1989 (30 years)

**Date of Encounter:** 02/22/2019 09:48 AM

## History of Present Illness

Glenna Breslin Cordo, FNP-BC 02/22/2019 12:46 PM

Patient words: f/u from tooth pain.

The patient is a 30 year old female who presents with trigeminal neuralgia.  Note for "Trigeminal neuralgia": 2/22/19: Here for f/u on dental issues, possible trigeminal neuralgia
was previously started on tegretol after last visit with OMFS in DE-  see notes in chart OMFS in de didn't have any concerns for surgical intervention,
Carbamazepine made her nauseous but made the sharp facial pain go away; pain 8/10 prior to taking med, now 6-7/10; shooting pain sensation is still there but "much better" and "softened"; face still sensative to temperatre extremes and when bumped by something
Only took med for 3 days
Stopped taking last week because of RUQ ABD pain, she wasn't sure if carbamazepine was causing pain or not
2/11/19 - Had CT done; found root tip still in place with infected tissue surrounding according to 2nd opinion OMFS in PA
2/19/19 - Oromaxillary surgery told her she needs to have this cleaned out surgically; started on Clindamycin at this time, Dr Kai-zu Chi- pt found her online and went for a second opinion after visit with OMFS in DE, she felt the DE OMFS ignored her concerns
pt is waiting to follow up with OMFS in PA but concern for insurance issues d/t DE medicaid
is willing to restart tegretol as she feels this helped her pain significantly


Abd PAIN:
2/21/19 - Went to ER for ABD pain, see scanned ER records; ABD US showed mild thickening of gallbladder, CBC, CMP, Lipase, UA, GC/CL negative. Pelvic exam benign
ABD pain RUQ referred to R shoulder
Pain first started 2 weeks ago, unsure if associated with tegretol- started as a soft, faint pain
started to worsen over a few days, noticed Ruq pain was with shoulder pain as well
yesterday pain was worse, had a BM and that helped pain go away
When pt is bloated pain is worse, but is better after BM
still felt some pain after BM but was improved
when she pushed the area she feels a really sharp pain so she went to the ER to be evaluated
was given bentyl RX and ibuprofen RX, was given bentyl in ER and that seemed to help, workup as above
hasn't filled RXs at all since ER visit
no longer with shoulder pain, RUQ pains eems to have resolved/improved
only notices if she palpates deeply to the area


ros
no fever, no chills
no n/v/d/c
int RUQ pain
no shoulder pain
l facial pain, intermittent
no gum swelling, bleeding currently

Additional reasons for visit:

HWHB- Required Information Every Visit is described as the following:
Method of birth control: no birth control used. STI Discussion: discussed today. Pregnancy wanted in next year: no. Multi/Prenatal vitamin: no. given today.

Keyona McCreary
DOB: 02/22/1989

37

## Review of Systems
Amanda O'Brien, Student 02/22/2019 11:35 AM

**General** Not Present- Chills, Fever and Weakness.
**Skin** Not Present- Rash.
**HEENT** Not Present- Blurred Vision, Difficulty Swallowing, Dizziness, Ear Pain, Eye Pain, Headache, Nasal Congestion and Sore Throat. **Note:** Note:  right facial pain
**Respiratory** Not Present- Cough, Shortness of Breath and Wheezing.
**Cardiovascular** Not Present- Chest Pain and Shortness of Breath.
**Gastrointestinal** Present- Abdominal Pain. Not Present- Constipation, Diarrhea, Pain with Bowel Movement and Vomiting.
**Note:** Note:  nausea 2/2 med s/e

## Vital Signs

| | | | | |
|---|---|---|---|---|
| **Date:** | 02/22/2019 09:48 AM | **Height:** | 170 cm | **Note:** - |
| **Temperature:** | 98 °F | **Weight:** | 94.8000 kg | |
| **Pulse:** | 82 | **Waist:** | | |
| **Respirations:** | 22 | **BMI:** | 32.8 kg/m² | |
| **Peak Flow:** | | **BSA:** | 2.06 m² | |
| **Blood Pressure:** | 120/78 | | | |
| **Reading Type:** | Manual | | | |

## Physical Exam
Glenna Breslin Cordo, FNP-BC, 02/22/2019 12:58 PM

**General**
**Common** - alert, cooperative, no acute distress.
**Mental status** - alert and attentive.

**Head and Neck**
**Normal** - normocephalic, atraumatic and neck non tender.

**Eye**
**Normal** – Bilateral - sclera/conjunctivae normal.

**ENMT**
**Nose and Sinuses** - **Left** - no frontal sinus tenderness, no maxillary sinus tenderness.
**Nose and Sinuses** - **Right** - maxillary sinus tender to palpation (milder presenation of tenderness compared to last OV).
**Mouth and Throat**
**Teeth** - **Note:** right upper: tooth 1-3? extracted, healing at gum, no redness, swelling, tenderness.

**Chest and Lung Exam**
**Normal** - normal breath sounds, no adventitious sounds on auscultation.
**Inspection**
**Movements** – normal chest wall movement and chest wall movement symmetrical.

**Abdomen**
**Normal** - soft, non-distended and no rebound tenderness.
**Palpation** - RUQ tenderness present.
**Auscultation** - bowel sounds normal.

**Neurologic**
**Normal** - alert and normal sensation.
**Motor** - **Right** - muscle tone and strength are normal with no involuntary movements.

## Assessments & Plans
Glenna Breslin Cordo, FNP-BC, 02/22/2019, 01:05 PM

TRIGEMINAL NEURALGIA (350.1 | G50.0)

**Comments:** 2/22/2019: Discussed at length with pt, will restart tegretol at this time, pt agrees, discussed close monitoring for SEs.. Waiting for return call from OMFS in PHily to discuss further, unclear history of whether pt has infection or not or if needs further surgical intervention. Will f/u with pt afeter discussing with specialists. Pt to f/u in 1-2 weeks or sooner as needed, t/c increasing tegretol dosing as needed based on symptom report.

2/7/2019: Pt has been seen by ENT, see scanned documents, and OMFS. Spoke to OMFS MD today and discussed case. He feels the dental surgical site is healing without issue, doesn't feel her pain is dental related. CT revealed clear sinuses. Pt describing to him a shooting pain that happens suddenly- shock like pain stops her in her tracks. He didn't feel msk involvement or dental involvement was a factor- felt to be more nerve related. CAlled and discussed with pt, she endorses the nerve shock/shooting pain that stops her in her tracks. Based on abvoe info and current explaination of pain will treat for presumed Trigeminal neuralgia, start tegretol ER now, 1 tab x 3 days, if no improvement increase to 1 pill BID. Pt to f/u with me in 1 week. If no improvement t/c gabapentin vs amitriptyline and/or neuro referral. Counseled on symptoms that would

Keyona McCreary
DOB: 02/22/1989

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

KEYONA MCCREARY )
    Plaintiff, )
     )
     )
Vs. ) Civil Action No. _____.____
     )
HENRIETTA JOHNSON )
MEDICAL CENTER )
    Defendant, )
     )

**Exhibit N**



Center City Oral & Maxillofacial Surgery
1740 South Street, Suite 302
Philadelphia ,PA 19146
(267) 437-7540

## Treatment Record

March 08, 2019

**Patient:** Keyona Mccreary
**DOB:** 02/22/1989 / **Age:** 30
**Allergy:**                          **Reaction**              **Alert**
**Allergy**                                                    Yes
Sulfa Allergy

**Referrer:** Dr. . Google
**Provider:** Kai-Zu Chi, DMD MD

**Procedure:**  Debridement and alveoplasty of right posterior maxilla under LA & GA.
**Assistant:** TD, SG
**Escort Present:** Nathaniel
**Medical Clearance:** [ ] Y  [ ] No  [x] N/A
**Pregnant:** [ ] Y  [ ] N  [x] patient denied
**Premeds:** N/A
**Additional Comments**: Pre-op R side of face was re-examined
R V2 sensation at nasolabial fold - pt stated "5-6/10," able to distinguish sharp vs dull and direction
Intraorally #1 exo site tender to palpation on buccal cortex and crestal alveolus extending to the
palatal site of tooth #1, with mild erythema at crest.
Again discussed with pt about the procedure.  Pt. is aware and understands with all questions
answered.

**Consent:**
The consent for the planned procedure and anesthesia was reviewed by the surgeon & patient (legal
guardian). All of the patient's questions were answered and the patient desired to proceed.

**Anesthesia:**
The patient presents NPO > 8 hours, with adult escort.   The health history was reviewed and the
preanesthetic evaluation was completed including airway evaluation, heart/lung exam.  The patient is
attached to the appropriate monitors, blood pressure, pulse oximetry, capnograph and EKG.  Oxygen
was administered via nasal cannula.  A 22g IV catheter was placed; fluids began infusing and IV
administration of medication begun / sedative agents were titrated for effect.  See the anesthesia
record for details.  The patient is draped in the usual fashion.
Local Anesthesia was given an allowed time for effect.

**Local Anesthesia:**
Lidocaine 2% (epi 1:100,000) in mg - 51
Marcaine 0.5% (epi 1:200,000) in mg - 9

**IV Meds:**
7 mg Midazolam        75 ug Fentanyl        60 mg Propofol

48

Center City Oral & Maxillofacial Surgery
1740 South Street, Suite 302
Philadelphia ,PA 19146
(267) 437-7540

15 mg Ketamine          10mg Decadron          500ml D5 NSS
GA record - see OMS Vision chart

**Surgery:**
A rubber bite block and a gauze throat screen were placed prior to initiation of the procedure.
Attention was directed to right posterior maxilla #1 / #2 sites -
An incision was made with a #15 blade, and a full thickness mucoperiosteal flap reflected in the area
of #1 & #2 sites. Upon flap elevation, it was noted chronic granulation tissue embedded in buccal
exo sockets in the unhealed extraction site. Granulomatous material, remainig root tip and foreign
bodies were removed from the buccal and palatal exo sockets, with a double ended dental curette.
After the exo sockets were debrided, alveoloplasty was performed with rongeur and rotary instrument
under copious irrigation buccal #1 & #2 site, where on exam, pt experienced severe tender to
palpation. Sites were then copious irrigated with saline & Peridex.  Closure was performed  loosely
with 3.0 gut suture in interrupted fashion. The palatal cortex was intact  Used gauze and pressure for
hemostasis.

Post-operatively the throat pack and bite block was removed, oral gauze packs were placed and the
patient was awakened from anesthesia without complication.  The patient was allowed to fully
recover under observation in the operating suite with stable post-operative vitals.

**Specimens:**
R maxilla hard tissue / bone from #1 exo socket - pending / does not appear to be necrotic to r/o
osteomyelitis

**RX:** <u>**Prescriptions Written Today**</u>

<u>**Prescription #1**</u>
**Date Prescribed:** 03/08/2019        **Provider:** Kai-Zu Chi, DMD, MD
**Rx:** Amoxicillin 500mg
**Disp:** 21 Tabs
**Sig:** Take 1 tab tid until finished
**Renew:** 0

<u>**Prescription #2**</u>
**Date Prescribed:** 03/08/2019        **Provider:** Kai-Zu Chi, DMD, MD
**Rx:** Motrin 600mg
**Disp:** 20 Tabs
**Sig:** take 1 q6h prn pain
**Renew:** 0

<u>**Prescription #3**</u>
**Date Prescribed:** 03/08/2019        **Provider:** Kai-Zu Chi, DMD, MD
**Rx:** Tylenol #3
**Disp:** 5 Tabs [Five]
**Sig:** take 1 q4h prn pain
**Renew:** 0

Dec. 23. 2019 10:20AM    Wilmington Neurology        No. 7738   P. 3

Wilmington Neurology Consultants, P.A.
St. Francis Medical Office Building
701 North Clayton Street Suite 407
Wilmington, DE 198053165
Phone (302) 892-9400   Fax (302) 892-9407

MCCREARY, KEYONA (DOB: 2/22/1989 ID: 4901)                        Nov. 19, 2019 Tue 11:01 AM

CC          Right facial pain--? Trigeminal neuralgia

HPI         Keyona follows up in the office in 3 weeks after her initial visit, during which time she was
            evaluated for right facial pain behind her eyes and to her right ear.

            She completed a brain MRI on 11/11/19 with special attention to the trigeminal nerve, which
            showed a small vessel likely branch of the right anterior inferior cerebellar artery abutting the
            root entry zone of the right trigeminal nerve. Findings on the MRI are consistent with her right
            facial pain complaints.

            After her initial visit, she tried taking carbamazepine 200 mg daily, but again had some GI
            issues. She did not take any additional pain medicine after that time, but states that yesterday
            she started carbamazepine 100 mg chewable tablets twice a day. She denies any GI issues
            are upset stomach with the few doses she has had.

            Thus far, pain symptoms seem to be well controlled, even when she was not on medication.
            She does notice pain symptoms can easily be triggered by consuming a hot or cold beverage.
            Pain continues to be localized mostly her right V2 distribution. She also may experience pain
            behind her eye, when more severe. When she touches her right temple. She can feel a
            pressure sensation to area adjacent to the right side of her nose.

ROS         12 point review of systems is positive for eye pain, sinus pain, and headache.

            Berlin questionnaire is positive for slight snoring and negative for daytime fatigue.

PMH         Denies

SH          Single. Part-time student at James Grove Adult HS
            [Tobacco: Never smoker]
            Denies EtOH consumption
            Denies illicit drug use

FH          ======= Structured Family History =======
            Denies any knowledge of family history of neurologic disease.
            Mother: Hypertension
            Father: Unknown health history.
            Half-Sister: No significant health history.
            Half-Brother: No significant health history.

Allergies   sulfa drug

Meds        1) carBAMazepine 100 mg oral tablet, chewable, 1 tab PO BID

Vitals      BP: 120/76
PE          30-year-old right-handed African American female in no acute distress. Awake, alert, oriented
            Printed By: Therese Houghton, OFFICE STAFF 11/26/2019 11:52:04 AM

Amazing Charts                                                                        Page 1 of 2

The information on this page is confidential.
Any release of this information requires the written authorization of the patient listed above.



59

# Christiana Care Health Services
## Cerner Imaging Exam Report
Facility: STONEY BATTER

Patient Name: **MCCREARY, KEYONA**
MRN: **904702513**
FIN: **610033821689**
Patient Type: **Outpatient**
Accession No: **MR-19-0047259**
Exam Date/Time: **11/11/2019 18:46**
Ordering Physician: **Hudson FNP, Sheria A.**
Resident:
Interpreting Physician: **Flores MD, Carlos**
Reason for Exam: **FACIAL PAIN, TRIGEMINAL NEURALGIA**

DOB/Age/Sex: **02/22/1989  31 Years  Female**
Location: **CCSB Imaging/ /**
Exam: **MRI Brain wo Contrast**
Exam Status: **Completed**
Transcriptionist:
Report Status: **Final**
Transcribed Date/Time:

Flores MD, Carlos
11/12/19 11:46

Printed Date/Time: 12/17/2020 12:40

# Notice of Removal
# Exhibit B

| FTCA DEEMING NOTICE NO.: 1-F00000071-17-01 | GRANT NUMBER: H80CS00385 |  |
|---|---|---|

**Southbridge Med. Advisory Council, Inc.**
**601 NEW CASTLE AVE**
**WILMINGTON, DE19801**

Dear Ephraim Kaba:

The Health Resources and Services Administration (HRSA), in accordance with the Federally Supported Health Centers Assistance Act (FSHCAA), as amended, sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. §§ 233(g)-(n), deems Southbridge Med. Advisory Council, Inc. to be an employee of the PHS, for the purposes of section 224, effective 1/1/2018 through 12/31/2018.

Section 224(a) of the PHS Act provides liability protection under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2672, or by alternative benefits provided by the United States where the availability of such benefits precludes a remedy under the FTCA, for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment. This protection is exclusive of any other civil action or proceeding. Coverage extends to deemed entities and their (1) officers; (2) governing board members; (3) full- and part-time employees; and (4) contractors who are licensed or certified individual health care practitioners providing full-time services (i.e., on average at least 32½ hours per week for the entity for the period of the contract), or, if providing an average of less than 32½ hours per week of such service, are licensed or certified providers in the fields of family practice, general internal medicine, general pediatrics, or obstetrics/gynecology. Volunteers are neither employees nor contractors and therefore are not eligible for FTCA coverage under FSHCAA.

This Notice of Deeming Action (NDA) is also confirmation of medical malpractice coverage for both Southbridge Med. Advisory Council, Inc. and its covered individuals as described above. This NDA, along with documentation confirming employment or contractor status with the deemed entity, may be used to show liability coverage for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment.

In addition, FTCA coverage is comparable to an "occurrence" policy without a monetary cap. Therefore, any coverage limits that may be mandated by other organizations are met.

This action is based on the information provided in your FTCA deeming application, as required under 42 U.S.C. § 233(h), with regard to your entity's: (1) implementation of appropriate policies and procedures to reduce the risk of malpractice and litigation; (2) review and verification of professional credentials and privileges, references, claims history, fitness, professional review organization findings, and licensure status of health professionals; (3) cooperation with the Department of Justice (DOJ) in the defense of claims and actions to prevent claims in the future; and (4) cooperation with DOJ in providing information related to previous malpractice claims history.

Deemed health centers must continue to receive funding under Section 330 of the PHS Act, 42 U.S.C. § 254b, in order to maintain coverage as a deemed PHS employee. If the deemed entity loses its Section 330 funding, such coverage will end immediately upon termination of the grant. In addition to the relevant statutory and regulatory requirements, every deemed health center is expected to follow HRSA's FTCA-related policies and procedures, which may be found online at http://www.bphc.hrsa.gov.

For further information, please contact your HRSA Project Officer as listed on your Notice of Grant Award or the Bureau of Primary Health Care (BPHC) Help Line at 1-877-974-2742 or bphchelpline@hrsa.gov.

| FTCA DEEMING NOTICE NO.: | GRANT NUMBER: | |
|---|---|---|
| 1-F00000071-18-01 | H80CS00385 |  |

Southbridge Med. Advisory Council, Inc.
601 NEW CASTLE AVE
WILMINGTON, DE19801

Dear Shay Scott:

The Health Resources and Services Administration (HRSA), in accordance with the Federally Supported Health Centers Assistance Act (FSHCAA), as amended, sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. §§ 233(g)-(n), deems Southbridge Med. Advisory Council, Inc. to be an employee of the PHS, for the purposes of section 224, effective 1/1/2019 through 12/31/2019.

Section 224(a) of the PHS Act provides liability protection under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2672, or by alternative benefits provided by the United States where the availability of such benefits precludes a remedy under the FTCA, for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment. This protection is exclusive of any other civil action or proceeding. Coverage extends to deemed entities and their (1) officers; (2) governing board members; (3) full- and part-time employees; and (4) contractors who are licensed or certified individual health care practitioners providing full-time services (i.e., on average at least 32½ hours per week for the entity for the period of the contract), or, if providing an average of less than 32½ hours per week of such service, are licensed or certified providers in the fields of family practice, general internal medicine, general pediatrics, or obstetrics/gynecology. Volunteers are neither employees nor contractors and therefore are not eligible for FTCA coverage under FSHCAA.

This Notice of Deeming Action (NDA) is also confirmation of medical malpractice coverage for both Southbridge Med. Advisory Council, Inc. and its covered individuals as described above. This NDA, along with documentation confirming employment or contractor status with the deemed entity, may be used to show liability coverage for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment.

In addition, FTCA coverage is comparable to an "occurrence" policy without a monetary cap. Therefore, any coverage limits that may be mandated by other organizations are met.

This action is based on the information provided in your FTCA deeming application, as required under 42 U.S.C. § 233(h), with regard to your entity's: (1) implementation of appropriate policies and procedures to reduce the risk of malpractice and litigation; (2) review and verification of professional credentials and privileges, references, claims history, fitness, professional review organization findings, and licensure status of health professionals; (3) cooperation with the Department of Justice (DOJ) in the defense of claims and actions to prevent claims in the future; and (4) cooperation with DOJ in providing information related to previous malpractice claims history.

Deemed health centers must continue to receive funding under Section 330 of the PHS Act, 42 U.S.C. § 254b, in order to maintain coverage as a deemed PHS employee. If the deemed entity loses its Section 330 funding, such coverage will end immediately upon termination of the grant. In addition to the relevant statutory and regulatory requirements, every deemed health center is expected to follow HRSA's FTCA-related policies and procedures, which may be found online at http://www.bphc.hrsa.gov.

For further information, please contact your HRSA Project Officer as listed on your Notice of Grant Award or the Bureau of Primary Health Care (BPHC) Help Line at 1-877-974-2742 or bphchelpline@hrsa.gov.

A printer version document only. The document may contain some accessibility challenges for the screen reader users. To access same information, a fully 508 compliant accessible HTML version is available on the HRSA Electronic Handbooks in the FTCA Folder. If you need more information, please contact the BPHC Helpline at 877-974-BPHC (2742); Weekdays from 8:30 AM to 5:30 PM ET.

**1. ISSUE DATE:** (MM/DD/YYYY)
10/2/2018

**2a. FTCA DEEMING NOTICE NO.:**
1-F00000071-18-01

**2b. Supersedes:** [ ]

**3. COVERAGE PERIOD:**
   **From:** 1/1/2019   **Through:** 12/31/2019

**4. NOTICE TYPE:**
Renewal

**5. ENTITY NAME AND ADDRESS:**
Southbridge Med. Advisory Council, Inc.
601 NEW CASTLE AVE
WILMINGTON, DE 19801

**6. ENTITY TYPE:**
Grantee

**7. EXECUTIVE DIRECTOR:**
Shay Scott

**8a. GRANTEE ORGANIZATION:**
Southbridge Med. Advisory Council, Inc.

**8b. GRANT NUMBER:**
H80CS00385

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**HEALTH RESOURCES AND SERVICES ADMINISTRATION**



**NOTICE OF DEEMING ACTION**
**FEDERAL TORT CLAIMS ACT AUTHORIZATION:**
Federally Supported Health Centers Assistance Act(FSHCAA), as amended,
Sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. § 233(g)-(n)

**9. THIS ACTION IS BASED ON THE INFORMATION SUBMITTED TO, AND AS APPROVED BY HRSA, AS REQUIRED UNDER 42 U.S.C. § 233(h) FOR THE ABOVE TITLED ENTITY AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:**

   a. The authorizing program legislation cited above.

   b. The program regulation cited above, and,

   c. HRSA's FTCA-related policies and procedures.

In the event there are conflicting or otherwise inconsistent policies applicable to the program, the above order of precedence shall prevail.

**10. Remarks:**

The check box [x] in the supersedes field indicates that this notice supersedes any and all active NDAs and rescinds any and all future NDAs issued prior to this notice.

*Electronically signed by Tonya Bowers, Deputy Associate Administrator for Primary Health Care on:* **10/2/2018 9:54:56 AM**

A printer version document only. The document may contain some accessibility challenges for the screen reader users. To access same information, a fully 508 compliant accessible HTML version is available on the HRSA Electronic Handbooks in the FTCA Folder. If you need more information, please contact the BPHC Helpline at 877-974-BPHC (2742); Weekdays from 8:30 AM to 5:30 PM ET.

**FTCA DEEMING NOTICE NO.:**
1-F00000071-18-01

**GRANT NUMBER:**
H80CS00385



**Southbridge Med. Advisory Council, Inc.**
**601 NEW CASTLE AVE**
**WILMINGTON, DE19801**

Dear Shay Scott:

The Health Resources and Services Administration (HRSA), in accordance with the Federally Supported Health Centers Assistance Act (FSHCAA), as amended, sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. §§ 233(g)-(n), deems Southbridge Med. Advisory Council, Inc. to be an employee of the PHS, for the purposes of section 224, effective 1/1/2019 through 12/31/2019.

Section 224(a) of the PHS Act provides liability protection under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2672, or by alternative benefits provided by the United States where the availability of such benefits precludes a remedy under the FTCA, for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment. This protection is exclusive of any other civil action or proceeding. Coverage extends to deemed entities and their (1) officers; (2) governing board members; (3) full- and part-time employees; and (4) contractors who are licensed or certified individual health care practitioners providing full-time services (i.e., on average at least 32½ hours per week for the entity for the period of the contract), or, if providing an average of less than 32½ hours per week of such service, are licensed or certified providers in the fields of family practice, general internal medicine, general pediatrics, or obstetrics/gynecology. Volunteers are neither employees nor contractors and therefore are not eligible for FTCA coverage under FSHCAA.

This Notice of Deeming Action (NDA) is also confirmation of medical malpractice coverage for both Southbridge Med. Advisory Council, Inc. and its covered individuals as described above. This NDA, along with documentation confirming employment or contractor status with the deemed entity, may be used to show liability coverage for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment.

In addition, FTCA coverage is comparable to an "occurrence" policy without a monetary cap. Therefore, any coverage limits that may be mandated by other organizations are met.

This action is based on the information provided in your FTCA deeming application, as required under 42 U.S.C. § 233(h), with regard to your entity's: (1) implementation of appropriate policies and procedures to reduce the risk of malpractice and litigation; (2) review and verification of professional credentials and privileges, references, claims history, fitness, professional review organization findings, and licensure status of health professionals; (3) cooperation with the Department of Justice (DOJ) in the defense of claims and actions to prevent claims in the future; and (4) cooperation with DOJ in providing information related to previous malpractice claims history.

Deemed health centers must continue to receive funding under Section 330 of the PHS Act, 42 U.S.C. § 254b, in order to maintain coverage as a deemed PHS employee. If the deemed entity loses its Section 330 funding, such coverage will end immediately upon termination of the grant. In addition to the relevant statutory and regulatory requirements, every deemed health center is expected to follow HRSA's FTCA-related policies and procedures, which may be found online at http://www.bphc.hrsa.gov.

For further information, please contact your HRSA Project Officer as listed on your Notice of Grant Award or the Bureau of Primary Health Care (BPHC) Help Line at 1-877-974-2742 or bphchelpline@hrsa.gov.

A printer version document only. The document may contain some accessibility challenges for the screen reader users. To access same information, a fully 508 compliant accessible HTML version is available on the HRSA Electronic Handbooks in the FTCA Folder. If you need more information, please contact the BPHC Helpline at 877-974-BPHC (2742); Weekdays from 8:30 AM to 5:30 PM ET.

# NOTICE OF REMOVAL

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KEYONA MCCREARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. |
| | ) | |
| HENRIETTA JOHNSON | ) | |
| MEDICAL CENTER, | ) | |
| Defendant. | ) | |

**NOTICE OF CERTIFICATION PURSUANT TO**
**42 U.S.C. § 233(c) AND 28 C.F.R. § 15.4**

PLEASE TAKE NOTICE that David C. Weiss, United States Attorney for the District of Delaware, hereby certifies, pursuant to his authority under 42 U.S.C. § 233(c) and 28 C.F.R § 15.4, that Defendant Henrietta Johnson Medical Center was deemed by the Secretary of Health and Human Services to be an employee of the Public Health Service in accordance with 42 U.S.C. § 233(g).

Respectfully submitted,

DAVID C. WEISS
United States Attorney

By: /s/ *Shamoor Anis*
Shamoor Anis
Assistant United States Attorney
1313 N. Market Street
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 225-9414

Dated: 4/21/2021